

# MANDATE

## The Fourteenth Court of Appeals

NO. 14-13-00623-CV

Yigal Bosch, Appellant

v.

3 Park's Enterprises, LLC d/b/a LAH Cleaners, Appellee

Appealed from the 281st District Court of Harris County. (Trial Court No. 2012-13519). Memorandum Opinion delivered by Justice Boyce. Justices Busby and Wise also participating.

**TO THE 281ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 29, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, 3 Park's Enterprises, LLC d/b/a LAH Cleaners, signed May 17, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Yigal Bosch, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, January 29, 2015.

**CHRISTOPHER A. PRINE, CLERK**

